IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-173-RJC-DCK

| | |
|---|---|
| **JOERG BRASE,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) **ORDER** |
| **SCHAEFER SYSTEMS INTERNATIONAL, INC.,** | ) ) ) ) |
| **Defendant.** | ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Carl Horn, III, filed a "Letter" (Document No. 10) notifying the Court that the parties reached a settlement on July 23, 2020. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal on or before **September 3, 2020**.

**SO ORDERED**.

Signed: August 4, 2020

David C. Keesler
United States Magistrate Judge